UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRUNSWICK RECORDS CORP. et al.,                 :

        Plaintiffs,                :        <u>ORDER</u>

  -v.-                                          :
                                                                                  23 Civ. 100 (JAK} (GWG)
LASTRADA ENTERTAINMENT CO., LTD. et al.,:

        Defendants.             :
-------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties in this matter shall arrange for representation by counsel admitted to the bar of this district (whether by means of a motion pro hac vice or otherwise) on or before January 30, 2023.

      Additionally, inasmuch as in this Circuit, leave to amend is normally granted where a motion to dismiss is granted, the parties shall discuss whether it would not be more efficient to stipulate to the filing of an amended complaint without prejudice to any arguments (whether procedural or substantive) the defendants may have in opposition to such an amended complaint. The parties shall report to the Court on the outcome of those discussions by January 30, 2023.

      SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge