UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUNSWICK RECORDS CORP. and EXUMA MUSIC PUBLISHING, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LASTRADA ENTERTAINMENT CO. LTD., and STEPHEN MOELIS,<br><br>    Defendants. | **MEMORANDUM ENDORSED**<br><br>Case No. 23-CV-00100-LAK/GWG<br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Affirmation of Madison A. Kucker and the prior proceedings herein, Reitler Kailas & Rosenblatt LLP ("RKR"), hereby moves this Court for an Order lifting the discovery stay pursuant to the February 16, 2022 Order of the Honorable Roy K. Altman [ECF 29]; scheduling and directing all parties to appear for a Rule 26(f) conference and directing that discovery resumes pursuant to Fed. Rule Civ. P. 26 and for such further relief as to this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1 and Judge Kaplan's Part Rules, opposition papers shall be filed by April 6, 2023.

Dated: April 4, 2023          REITLER KAILAS & ROSENBLATT LLP

                                        By:  *s/ Madison A. Kucker*
                                                     Madison A. Kucker
                                                     Brian D. Caplan
                                                     885 Third Avenue, 20th Floor
                                                     New York, NY 10022
                                                     Tel.:  (212) 209-3059
                                                     bcaplan@reitlerlaw.com
                                                     mkucker@reitlerlaw.com

In addition to the fact that this motion was filed without complying with paragraph 2.A of the Court's Individual Practices, it fails to contain a memorandum of law as required by Local Civil Rule 7.1(a) or, indeed, any legal argument whatsoever.  Motion denied.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 5, 2023