UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
BRUNSWICK RECORDS CORP., et ano.,

                    Plaintiffs,

        -against-                              23-cv-0100 (LAK) (GWG)

LASTRADA ENTERTAINMENT CO., LTD, et ano.,

                    Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion to dismiss the action (Dkt 21) is granted substantially for the reasons set forth in the report and recommendation of Magistrate Judge Gabriel W. Gorenstein (Dkt 58) to which no objection has been filed. The Clerk shall close the case.

        SO ORDERED.

Dated:        May 22, 2023

                                                        Lewis A. Kaplan
                                                 United States District Judge