UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
BRUNSWICK RECORDS CORP., et ano.,

                Plaintiffs,

-against-                              23-cv-0100 (LAK) (GWG)

LASTRADA ENTERTAINMENT CO., LTD., et ano.,

                Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion for an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505 (Dkt 62) is granted substantially for the reasons set forth in the report and recommendation of Magistrate Judge Gabriel W. Gorenstein (Dkt 67) to which no objection has been filed. The Clerk shall close the case.

        SO ORDERED.

Dated:      February 2, 2024

                                                    /s/ Lewis A. Kaplan
                                                    Lewis A. Kaplan
                                                    United States District Judge