UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRUNSWICK RECORDS CORP., et ano.,

              Plaintiffs,

    -against-                        23-cv-0100 (LAK) (GWG)

LASTRADA ENTERTAINMENT CO., LTD., et ano.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Amended **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion for an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505 (Dkt 62) is granted ~~substantially for the reasons set forth~~ to the extent recommended in the report and recommendation of Magistrate Judge Gabriel W. Gorenstein (Dkt 67) to which no objection has been filed. The Clerk shall close the case.

        SO ORDERED.

Dated:      February 2, 2024

                                                  Lewis A. Kaplan
                                                 United States District Judge