UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
BRUNSWICK RECORDS CORP., a Foreign
Corporation, and EXUMA MUSIC PUBLISHING,
LLC, a Florida limited liability company,

              Plaintiff,   : 23-cv-00100(LAK)(GWG)

    -against-   : **JUDGMENT**

LASTRADA ENTERTAINMENT COMPANY
LTD., d/b/a LASTRADA MUSIC, and
STEPHEN MOELIS

             Defendants.
------------------------------------ x

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated February 2, 2024, Lastrada Entertainment Company Ltd. and Stephen Moelis are awarded $22,040.00 from Brunswick Records Corp. and Exuma Music Publishing LLC; accordingly the case is closed.

Dated: New York, New York
       February 20, 2024

BY: /s/ Lewis A. Kaplan
**Lewis A. Kaplan**
**United States District Judge**

1